No. 61. ANNIE VIOLA DOUGLAS *v.* J. W. RHODES. Appeal from the District Court of the United States for the Eastern District of Arkansas. Argued October 10, 1923. Decided October 15, 1923. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Farrell v. O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Patrick H. Loughran* for appellant. *Mr. J. A. Tellier,* with whom *Mr. Zal Harrison, Mr. T. W. Davis, Mr. S. C. Costen, Mr. Joe Rhodes, Jr.,* and *Mr. D. F. Taylor* were on the brief, for appellee.

No. 69. CHICAGO COLD STORAGE WAREHOUSE COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued October 12, 1923. Decided October 15, 1923. *Per Curiam.* Affirmed upon the authority of *Baltimore & Ohio R. R. Co.* v. *United States,* 261 U. S. 592; *United States* v. *North American Transportation Co.,* 253 U. S. 330, 333. *Mr. Charles T. Tittmann* and *Mr. Peter B. Nelson,* with whom *Mr. Reeves T. Strickland* and *Mr. Donald Defrees* were on the briefs, for appellant. *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for the United States.